UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Tonianne J. Bongiovanni |
| v. | : | Mag. No. 21-5034 (LHG) |
| NEALEIGH GLASPER | : | **CONTINUANCE ORDER** |

1. This matter came before the Court on the joint application of Philip R. Sellinger, United States Attorney for the District of New Jersey (Ashley Super Pitts, Assistant U.S. Attorney, appearing), and Nealeigh Glasper (Lisa Van Hoeck, Esq., appearing), for an order granting a continuance under 18 U.S.C. § 3161(h)(7)(A) through August 1, 2023.

2. This Court granted eight § 3161(h)(7)(A) continuances previously in this case.

3. Counsel for the parties represent that this additional continuance is necessary for effective preparation and to permit the parties to attempt to resolve this case prior to indictment and thereby avoid a trial.

4. Counsel for the United States also represented that this additional continuance is necessary to prevent any more non-excludable days under § 3161(h) from expiring.

5. The defendant knows that she has the right under § 3161(b) to have this matter submitted to a grand jury within thirty days after her arrest.

6. The defendant, through counsel, has consented to this continuance.

7. FOR GOOD CAUSE, THIS COURT FINDS that this case should be continued for the following reasons:

    a. Plea negotiations are currently in progress, and both the United States and the defendant desire additional time to negotiate a plea agreement, which would render grand jury proceedings and a trial in this matter unnecessary.

    b. Consequently, the ends of justice served by granting the continuance and preventing any further non-excludable days from passing under § 3161(h) outweigh the best interest of the public and the defendant in a speedy trial.

IT IS, therefore:

ORDERED that this action is continued for a period of 60 days from August 1, 2023, through October 2, 2023; and it is further

ORDERED that the period from August 1, 2023, through October 2, 2023, shall be excluded in computing time under the Speedy Trial Act of 1974; and it is further

ORDERED that nothing in this Order or the application prompting it is a finding or representation that less than 31 non-excludable days under § 3161(h) have expired.

                                                                          HON. TONIANNE J. BONGIOVANNI  
                                                                          United States Magistrate Judge

Form and entry consented to:

Lisa Van Hoeck, Esq.  
Counsel for Defendant


s/ Ashley Super Pitts  
_____  
Ashley Super Pitts  
Assistant U.S. Attorney


s/ Eric A. Boden  
_____  
Eric A. Boden  
Attorney-in-Charge, Trenton Branch Office