UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Tonianne J. Bongiovanni |
| v. | : | Mag. No. 21-5034 (LHG) |
| NEALEIGH GLASPER | : | **CONTINUANCE ORDER** |

1. This matter came before the Court on the joint application of Philip R. Sellinger, United States Attorney for the District of New Jersey (Ashley Super Pitts, Assistant U.S. Attorney, appearing), and Nealeigh Glasper (Lisa Van Hoeck, Esq., appearing), for an order granting a continuance under 18 U.S.C. § 3161(h)(7)(A) through August 30, 2024.

2. This Court granted twelve § 3161(h)(7)(A) continuances previously in this case.

3. Counsel for the United States represents that Pretrial Services is currently reviewing and evaluating the defendant's application for the Pretrial Diversion Program and needs additional time to do so. If Pretrial Diversion is not granted, the parties will need time to discuss the possibility of a plea.

4. Counsel for the United States also represents that this additional continuance is necessary to prevent any more non-excludable days under § 3161(h) from expiring.

5. The defendant knows that she has the right under § 3161(b) to have this matter submitted to a grand jury within thirty days after her arrest.

6. The defendant, through counsel, has consented to this continuance.

7. FOR GOOD CAUSE, THIS COURT FINDS that this case should be continued for the following reasons:

    a. Pretrial Services has approved the defendant's application for the Pretrial Diversion Program. Pursuant to the Pretrial Diversion Agreement, prosecution for this offense will be deferred for six (6) months.

    b. Consequently, the ends of justice served by granting the continuance and preventing any further non-excludable days from passing under § 3161(h) outweigh the best interest of the public and the defendant in a speedy trial.

IT IS, therefore:

ORDERED that this action is continued from April 2, 2024, through August 30, 2024; and it is further

ORDERED that the period from April 2, 2024, through August 30, 2024, shall be excluded in computing time under the Speedy Trial Act of 1974; and it is further

ORDERED that nothing in this Order or the application prompting it is a finding or representation that less than 31 non-excludable days under § 3161(h) have expired.

*Tonianne J. Bongiovanni*
HON. TONIANNE J. BONGIOVANNI
United States Magistrate Judge
4/4/2024

3

Form and entry consented to:

*[signature: Lisa Van Hoeck]* _____
Lisa Van Hoeck, Esq.
Counsel for Defendant


s/ Ashley Super Pitts
_____
Ashley Super Pitts
Assistant U.S. Attorney

3